## SUMMARY DISPOSITION ORDER

Vacate. Remand.

394 P.3d 789

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**James A. GARCIA, Defendant-Appellee.**

**NO. CAAP-16-0000546**

Intermediate Court of Appeals of Hawai'i.

May 10, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 15-1-0400)

## SUMMARY DISPOSITION ORDER

Affirm.

394 P.3d 789

**WELLS FARGO BANK N.A., as trustee for the Certificateholders of Carrington Mortgage Loan Trust, Series 2007-FRE1 Asset-Backed Pass-Through Certificates, Plaintiff-Appellee,**

v.

**Roger Lee LACUESTA and Celeste Kuuipo Lacuesta, Defendants-Appellants,**

and

**State of Hawai'i Department of Taxation and Hawaiian Tel Federal Credit Union, Defendants-Appellees,**

and

**John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe Entities 1-50; and Doe Governmental Units 1-50, Defendants**

**NO. CAAP-14-0001121**

Intermediate Court of Appeals of Hawai'i.

May 15, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-1005)

## SUMMARY DISPOSITION ORDER

Affirmed.

394 P.3d 789

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Alverna ROBERTSON, Defendant-Appellee**

**NO. CAAP-16-0000130**

Intermediate Court of Appeals of Hawai'i.

May 16, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-1353)

## SUMMARY DISPOSITION ORDER

Vacated and remanded.

394 P.3d 789

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Plaintiff-Appellee,**

v.

**Whitley UNGA, Dawn Unga, Eddie Unga, Meliame Unga, Defendants-Appellants,**

and

**Haroldine Tripp, Jeffrey Tripp, Defendants-Appellees,**

and

**John Does 1-50 and Jane Does 1-50, Defendants**

**NO. CAAP-14-0001161**

Intermediate Court of Appeals of Hawai'i.

May 17, 2017

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT